STATE of Missouri, Respondent,

v.

**Deon HAMPTON, Appellant.**

**No. WD 43070.**

Missouri Court of Appeals,
Western District.

May 26, 1992.

Susan L. Hogan, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and LOWENSTEIN and HANNA, JJ.

## ORDER

PER CURIAM.

Consolidated appeal from conviction of stealing, a class C felony pursuant to § 570.030 and from denial of Rule 29.15 motion for post-conviction relief.

Conviction affirmed pursuant to Rule 30.-25(b); denial of post-conviction relief affirmed pursuant to Rule 84.16(b).

**Kevin Loyd WHITE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 45518.**

Missouri Court of Appeals,
Western District.

May 26, 1992.

Marcia W. Bower, State Public Defender Office, Columbia, for appellant.

William L. Webster, Atty. Gen., Rudolph R. Rhodes, IV, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and FENNER and ULRICH, JJ.

## ORDER

PER CURIAM.

Appeal from dismissal of Rule 24.035 motion for post-conviction relief for untimely filing.

Judgment affirmed. Rule 84.16(b).